UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
**Plaintiff**

v.

[4] XIOMARIE MARRERO-ALVAREZ,
**Defendant.**

CRIMINAL NO.: 22-510 (ADC)

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, defendant [4] Xiomarie Marrero-Alvarez pled guilty to Count One and Count Thirteen of the Fourth Superseding Indictment pursuant to a plea agreement; and

WHEREAS, as per her plea agreement, she forfeited to the United States her interest in the following properties:

a. Lot marked with the number 7B on the inscription survey located at Ma1tin Gonzalez Ward in the municipality of Carolina, Puerto Rico, with a surface area of 895.2092 square meters, equivalent to 0.2278 cuerdas. Its boundaries are by the NORTH, in an alignment of 16.158 linear meters with the municipal Street Las Virtudes; on the EAST, in an alignment of 15.338 linear meters with lot number l; on the WEST, in four alignments totaling 33.010 linear meters with the municipal Street El Amor; and by the SOUTH, in two alignments totaling 23.495 linear meters with a strip of land to be dedicated for public use. This lot is affected by an easement of 3.00 meters wide corresponding to existing rainwater pipe of 48 inches in diameter that runs from West to East, from the municipal Street El Amor.

1

*Criminal No.: 22-510-04 (ADC)*

Property No. 62686 recorded at page 212 of volume 1516 of Carolina Sur. Registry of the Property of Carolina, Second Section, Puerto Rico.

b.  Lot marked with the number 7C on the inscription survey located at Martin Gonzalez Ward in the municipality of Carolina, Puerto Rico, with a surface area of *803.3940* square meters, equivalent to 0.2044 *cuerdas*. Its boundaries are by the NORTH, in an alignment of 35.348 meters with lot number 1; on the SOUTH, in four alignments totaling 34.585 meters with a strip of land to be dedicated for public use; on the EAST, in an alignment of 15.125 meters with lot number 1; and on the WEST, in an alignment of 36.551 meters with lot number 7B.

Property No. 62687 recorded at page 213 of volume 1516 of Carolina Sur. Registry of the Property of Carolina, Second Section, Puerto Rico.

c.  a 2022 Quick load Boat Trailer, VIN: 420BB253511TR6323, no plate.

d.  One Springfield Armory, 9mm caliber, bearing serial number BSLG016, two pistol magazines.

e.  One Glock pistol, .40 caliber, bearing serial number MG208351.

f.  One Springfield multicaliber rifle.

g.  Seventy-Six 9mm caliber cartridges.

h.  239 5.56 caliber cartridges.

i.  26 .40 caliber cartridges.

j.  148 .45 caliber cartridges; and

WHEREAS, the United States has made a sufficient showing of the forfeitability of the properties; and

*Criminal No.: 22-510-04 (ADC)*

WHEREAS, the Court has jurisdiction pursuant to 18 U.S.C. §§ 924(d) and 982(a)(1); 28 U.S.C. § 2461 (c); and Rule 32.2 of the Federal Rules of Criminal Procedure to order the defendant, as part of his sentence, to forfeit the properties to the United States; accordingly,

IT IS ORDERED,

1.    That the United States is now entitled to possession of the above-mentioned properties, free, and clear, pursuant to 18 U.S.C. §§ 924(d) and 982(a)(1); 28 U.S.C. § 2461 (c); and Rule 32.2 of the Federal Rules of Criminal Procedure and any and all of the defendant's interest in the properties is forfeited to the United States; and it is further

ORDERED that the United States is authorized to seize the properties for disposition in accordance with the law, subject to the provisions of 18 U.S.C. §§ 924(d) and 982(a)(1); 28 U.S.C. § 2461 (c); and Rule 32.2 of the Federal Rules of Criminal Procedure; and it is further

ORDERED that upon the issuance of this Amended Preliminary Order of Forfeiture, the United States will publish notice of the Order on the official government internet site, (www.forfeiture.gov), as required by 21 U.S.C. § 853(n); and it is further

ORDERED that notice of this Order will include notice of the Immigration and Customs Enforcement-Homeland Security Investigations' (ICE-HSI), the Federal Bureau of Investigation (FBI) and the United States Marshals Service's (USMS) intent to dispose of the Properties in a manner directed by the Attorney General; and it is further

ORDERED that the United States will notify any person, having or claiming a legal interest in the Properties, advising each person of his or her right to file a petition with the Court to contest the forfeiture in accordance with 21 U.S.C. § 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure; and it is further

3

*Criminal No.: 22-510-04 (ADC)*

ORDERED that a copy of any petition should be served on Assistant United States Attorney, Ryan R. McCabe, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier; and it is further

ORDERED that the notice will state that the petition is for a hearing to adjudicate the validity of the petitioner's alleged interest in the Properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's rights, title, or interest in the forfeited Properties and any additional fact supporting the petitioner's claim and the relief sought.

2.    Upon adjudication of all third-party interests, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853; 18 U.S.C. §§ 924(d) and 982(a)(1); 28 U.S.C. § 2461 (c); and Rule 32.2 of the Federal Rules of Criminal Procedure; in which all interests will be addressed.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, on ___September 17___, 2025.


 *s/Aida M. Delgado-Colón*
AIDA M. DELGADO-COLON
UNITED STATES DISTRICT JUDGE